JOHN F RYAN, ESQ.    320 8ᵀᴴ AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

April 10, 2023

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
USDC SDNY
40 Foley Square, Room 430
New York, NY 10007

Application **GRANTED**. Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by May 23, 2023, the case will be dismissed.

The initial pretrial conference scheduled for April 12, 2023, is adjourned to **May 31, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **May 24, 2023, at 12:00 P.M.**

Re: Seafood Trading Corporation
  V.
  Mediterranean Shipping Co. S. A.
  23-cv-01459 (LGS)(KHP)

Dated: April 11, 2023
    New York, New York

Dear Judge Schofield,

My office represents Plaintiff, Seafood Trading Corporation in the caption litigation. I write to provide the Court and your Honor with a report on the efforts to serve the defendant and to request that the Initial Conference now scheduled for April 12, 2023 be adjourned. I must report that plaintiff has not yet served the defendant and will have service completed by the end of this week. Service of the defendant was not completed due to an oversight by the undersigned. The Court's Order of April 7, 2023 alerted my office to that oversight. Again that oversight will be addressed this week.

As a result of the foregoing I ask that the date of the Court's Initial Conference be adjourned until May 31, 2023 to be held at a time of the Court's convenience.

The undersigned is prepared to address any question which the Court may have with respect to the foregoing request.

Respectfully submitted,

John F Ryan