UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
SEAFOOD TRADING CORPORATION,                                :
                                        Plaintiff,          :
                                                            :        23 Civ. 1459 (LGS)
            -against-                                       :
                                                            :        ORDER
MEDITERRANEAN SHIPPING COMPANY                              :
SA,                                                         :
                                        Defendant.          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated April 11, 2023, required the parties to file a proposed joint

letter and case management plan no later than seven days before the initial pretrial conference;

        WHEREAS, the initial pretrial conference is scheduled for May 31, 2023;

        WHEREAS, Defendant was served on May 23, 2023;

        WHEREAS, Defendant is required to respond to the Complaint by June 13, 2023;

        WHEREAS, Defendant has not yet appeared in this case;

        WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It

is hereby

        **ORDERED** that the initial pretrial conference scheduled for May 31, 2023, is adjourned

to **June 21, 2023, at 4:00 P.M.**

Dated:  May 25, 2023
        New York, New York

                                        _____
                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**